UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

RLI INSURANCE COMPANY,                    :
                Plaintiff,              :
                             :
       v.                                     :    No.   5:25-cv-02170
                             :
STEVEN SLASKI,                            :
               Defendant.              :

## O R D E R

**AND NOW**, this 4ᵗʰ day of March, 2026, upon consideration of the Defendant's Motion to Dismiss the Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6), *see* ECF No. 12, and for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT:**

1.     The Motion to Dismiss the Amended Complaint, ECF No. 12, is **GRANTED in part and DENIED in part**, as follows:

    a.  The Motion is **DENIED** with respect to Counts I, II, III, and VI.

    b.  The Motion is **GRANTED** with respect to Counts IV and V.

    c.  Count IV (Declaratory Relief - Reimbursement) and Count V (Reimbursement) are **DISMISSED with prejudice**. Leave to amend is not warranted.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge